OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 18 2015

11/18/2015

**APPLEGATE, JEFFERY DUANE** Tr. Ct. No. CF-12-1167A    WR-83,881-02

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RETURN TO SENDER
NOT IN TARRANT COUNTY JAIL

JEFFERY DUANE APPLEGATE
TARRANT COUNTY JAIL - TDC # 1804949
100 N. LAMAR
FORT WORTH, TX 76102

ANK